IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
| )                                  | |
| Plaintiff,    )                    | |
| )                                  | |
| v.            )                    | Case No. 2:11-cv-00309-PMD |
| )                                  | |
| ROBERT WHITE and WILSON       )    | |
| TRANSPORT SERVICES            )    | |
| )                                  | |
| Defendants.   )                    | |
| _____)   | |

**ORDER**

This matter comes before the Court on plaintiff's Motion for Default Judgment. Defendant Wilson Transport Services under Rule 55(b)(2) of the Federal Rules of Civil Procedure. Having considered the Plaintiff's argument and authorities, the Court finds as follows:

Nathaniel Wilson is the registered agent for Wilson Transport Services. On March 29, 2011, personal service of the Summons and Complaint, in the above-captioned matter, was perfected on Nathaniel Wilson on behalf of Wilson Transport. Nathaniel Wilson is not on active duty with the military. Wilson Transport Services has not responded to the complaint in any manner. Default was entered againt Wilson Transport on August 24, 2011.

The United States waived any damages that are not liquidated and now seeks an entry of default judgment against Wilson Transport Services.

THEREFORE, IT IS ADJUDGED AND ORDERED that:

For purposes of getting payment or approval, Defendant Wilson Transport violated the False Claims Act, 31 U.S.C. § 3729 (a)(1), by presenting to the United States through its agency Health and Human Services and the South Carolina Medicaid false or fraudulent claims for payment which misrepresented ambulance transports as being medically necessary and the mileage calculations as accurate.

I find that the complaint supports a default judgment against Wilson Transport Services in the amount of $1,166,879.09. This is the minimum amount allowed by the False Claims Act for damages and penalties for the claims attached to the complaint as Exhibit A and C setting off the amount of restitution Nathaniel Wilson has been ordered to pay and the amount Robert White has agreed to pay the United States.

I also find that the government has agreed not to enforce the Wilson Transport Service judgment against the home Robert White resides in located at 889 High Hill Road, Scranton, South Carolina as long as he resides in it, it is owned by Wilson Transport Service or Robert White, and Robert White is complying with the terms of the settlement agreement entered into with the government.

IT IS SO ORDERED.

_____
PATRICK MICHAEL DUFFY
United States District Judge

November 18, 2011
Charleston, South Carolina