AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   2:11-cv-00309-PMD |
| Robert White and Wilson Transport Services | ) | |
| *Defendant* | ) | |

## DEFAULT JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiff, United States of America, recover from the defendant, Wilson Transport Services, the amount of One Million One Hundred Sixty Six Thousand Eight Hundred Seventy Nine and 09/100 dollars ($<u>1,166,879.09</u>), which includes postjudgment interest at the rate of <u>0.11</u> %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❏ other:

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Patrick Michael Duffy, Senior United States District Judge.

Date:   November 22, 2011                          *CLERK OF COURT*

                                                   s/Anna Lanahan
                                                   _____
                                                   *Signature of Clerk or Deputy Clerk*